**Will CATER, Jr., Plaintiff—Appellant,**

v.

**Stephen O. SIMPSON, Sheriff; Diane Anthony, Defendants—Appellees.**

No. 06–6486.

United States Court of Appeals, Fourth Circuit.

Submitted: July 25, 2006.

Decided: Aug. 2, 2006.

Will Cater, Jr., Appellant Pro Se.

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Will Cater, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cater v. Simpson,* No. 2:05–cv–00691–RAJ (E.D.Va. Mar. 2, 2006). We deny Cater's motion for corrections authorities to escort him to hearings. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*